UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CONSUELO GARCIA HERMAN
and RICHARD HERMAN,

    Plaintiffs,                                            Case No.: 22-CV-200

v.

INTEGRITY PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

## NOTICE OF REMOVAL

To:    Attorney Lynn R. Laufenberg
         Gingras, Thomsen & Wachs, LLP
         219 North Milwaukee Street, Suite 520
         Milwaukee, WI 53188
         --Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that Integrity Property and Casualty Insurance Company, by its attorneys, CRIVELLO CARLSON, S.C., pursuant to 28 U.S.C. §§ 1441(b) and 1446, file this Notice of Removal with the Court. The grounds for removal of this action are as follows:

    1.      A civil action designated as Case No. 22-CV-362 has been commenced and is now pending in the Circuit Court for Milwaukee County, Wisconsin, between the above-named parties.

    2.      On January 19, 2022, the plaintiff filed the Summons and Complaint in the Circuit Court for Milwaukee County, Wisconsin. A true and correct copy of the Summons and Complaint is attached as **Exhibit A**.

3. On January 19, 2022, a courtesy copy of Summons and Complaint was sent to a representative of Defendant Integrity Property and Casualty Insurance Company.

4. The State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, and is a civil action wholly between citizens of different states.

    a. Plaintiff is Wisconsin resident. See **Exhibits A**. The Defendant, Integrity Property and Casualty Insurance Company, is an Ohio corporation, with its principal place of business in Columbus, Ohio. See **Exhibit B**, a true and correct copy of Integrity Property and Casualty Insurance Company's Civil Cover Sheet.

    b. In the above-described action, Plaintiff seeks damages exceeding $75,000. The United States District Court would, therefore, have had original jurisdiction of this matter under 28 U.S.C. Sec. 1332 had the action been brought in federal court originally.

    c. The case is properly venued in that Plaintiff is within the jurisdiction of the Eastern District of Wisconsin, and that the damages for which insurance coverage is sought occurred within the Eastern District of Wisconsin.

    d. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

7. Concurrent with the filing of this Notice of Removal, this defendant, by its attorneys, will notify all active parties and the Clerk of the Circuit Court for Milwaukee County that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(d).

## JURY DEMAND FOR ALL FACTUAL ISSUES

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant hereby demands trial by jury.

Dated this 17th day of February, 2022.

                        CRIVELLO CARLSON, S.C.
                        Attorneys for Integrity Property and Casualty Insurance Company,

By: *Stacy K. Luell*_____
                        JEFFREY T. NICHOLS
                        State Bar No: 1001631
                        STACY K. LUELL
                        State Bar No: 1036160

Post Office Address:
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone 414/271-7722
Fax 414/271-4438